# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOELLYN M. WALSH, | : | No. 3:18cv673 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| ANDREW M. SAUL, | : | |
| Commissioner of | : | |
| Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 14th day of August 2019, it is hereby **ORDERED** as follows:

1) The defendant's objections (Doc. 28) are **OVERRULED**;

2) Magistrate Judge Saporito's report and recommendation (Doc. 25) is **ADOPTED**;

3) The Clerk of Court is directed to remand the case to the commissioner for a hearing before a different, constitutionally appointed, Administrative Law Judge;

4) The Clerk of Court is further directed to enter judgment in favor of the plaintiff and against the defendant, and to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**